168 A.3d 65

**ROUSE**

v.

**ROUSE**

**Pet. Docket No. 181, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Dismissed by the Court of Special Appeals (No. 48, Sept. Term, 2017).

Petition for writ of certiorari denied

■

168 A.3d 65

**SESAY, Mohammed**

v.

**STATE of Maryland**

**Pet. Docket No. 140, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 1900, Sept. Term, 2015).

Petition for writ of certiorari denied